No. 71–595. NICHOL, DISTRICT ATTORNEY OF DANE COUNTY, ET AL. *v.* KENNAN ET AL. Affirmed on appeal from D. C. W. D. Wis. THE CHIEF JUSTICE, MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST would dismiss the appeal for failure to comply with Rule 13 (1).

No. 71–620. WYMAN, COMMISSIONER OF NEW YORK DEPARTMENT OF SOCIAL SERVICES *v.* LOPEZ ET AL. Affirmed on appeal from D. C. W. D. N. Y.

No. 71–5419. PIPER *v.* HAUCK, SHERIFF, ET AL. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Haines* v. *Kerner, ante,* p. 519.

No. A–657. DOHERTY *v.* UNITED STATES. C. A. 9th Cir. Reapplication for bail denied.

No. A–677 (71–864). FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* BUSINESS EXECUTIVES' MOVE FOR VIETNAM PEACE ET AL. C. A. D. C. Cir. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 70–45. UNITED STATES *v.* BREWSTER. Appeal from D. C. D. C. [Probable jurisdiction postponed, 401 U. S. 935]; and

No. 70–5061. KIRBY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. [Certiorari granted, 402 U. S. 995.] Cases restored to calendar for reargument.